**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**RICHARD ALLEN SHIRLEY,**
**SUMMER SHIRLEY,**

**Plaintiffs,**

**v.** **Case No.: 5:25-cv-00692-CEM-PRL**

**SUMTER COUNTY SCHOOL BOARD,**
**LOGAN BROWN, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES;**

**Defendants,**
**_________________________________/**

## ORDER

This case is before the Court for consideration of Defendant Sumter County School Board's unopposed motion for extensions of certain case management deadlines. (Doc. 67). Defendant specifically requests the following: (1) modification of Defendant's October 16, 2026, Expert Report Disclosure deadline to December 4, 2026; (2) modification of Plaintiffs' Rebuttal Expert Report Disclosure deadline to December 31, 2026; and (3) an extension of the discovery deadline to January 29, 2027 for the limited purpose of allowing discovery only as to any rebuttal expert designated by the Plaintiffs.

Accordingly, upon due consideration, Defendant's motion (Doc. 67) is **GRANTED**. Defendant's Expert Report Disclosure deadline is extended to December 4, 2026. Plaintiffs' Rebuttal Expert Report Disclosure deadline is extended to December 31, 2026. The discovery deadline is extended to January 29, 2027, for the limited purpose of allowing discovery only as to any rebuttal expert designated by the Plaintiffs. In all other respects, the

deadlines in the Case Management and Scheduling Order (Doc. 64) shall remain undisturbed.

**DONE** and **ORDERED** in Ocala, Florida on September 24, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties